# Notice Recipients

| | | |
|---|---|---|
| District/Off: 1086–7 | User: admin | Date Created: 10/31/2025 |
| Case: 25–81046 | Form ID: 309I | Total: 13 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Jeremy Wade Cannefax | 14339 NS 3590   Sasakwa, OK 74867 |
| ust | Office of the United States Trustee | Office of the AUST, Karen Walsh   PO Box 3044   Tulsa, OK 74101 |
| tr | William Mark Bonney | Chapter 13 Trustee Office   POB 1548   Muskogee, OK 74402 |
| aty | Paul Choate | The Choate Law Firm   116 N. Bell Avenue   Shawnee, OK 74801 |
| smg | Oklahoma Employment Security Commission | Robert C. Newark, III, Attorney   P.O. Box 53039   Oklahoma City, OK 73152–3039 |
| 2012170 | Iq Data International | 21222 30th Dr Se Ste 210   Bothell, WA 98021 |
| 2012171 | Merrick Bank Corp | Po Box 9201   Old Bethpage, NY 11804 |
| 2012172 | Noble Land Investments, LLC | PO Box 15329   Oklahoma City, OK 73155 |
| 2012173 | Opensky Cbnk | 1900 Campus Commons Dr S   Reston, VA 20191 |
| 2012174 | Robinson, Hoover & Fudge | PO BOX 1748   Oklahoma City, OK 73101–1748 |
| 2012175 | Santander | Po Box 961211   Fort Worth, TX 76161 |
| 2012176 | Txu Energy | 200 W John Carpenter Fwy   Irving, TX 75039 |
| 2012177 | Verizon Wireless | Po Box 650051   Dallas, TX 75265 |

TOTAL: 13