# Notice Recipients

District/Off: 1086−7    User: admin    Date Created: 10/31/2025
Case: 25−81046    Form ID: pdf21    Total: 12

**Recipients of Notice of Electronic Filing:**
ust    Office of the United States Trustee    USTPRegion20.TU.ECF@usdoj.gov
tr    William Mark Bonney    ecf@edok13.com
aty    Paul Choate    paul@chapter7ok.com

                                                                            TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db         Jeremy Wade Cannefax       14339 NS 3590        Sasakwa, OK 74867
2012170    Iq Data International      21222 30th Dr Se Ste 210    Bothell, WA 98021
2012171    Merrick Bank Corp          Po Box 9201          Old Bethpage, NY 11804
2012172    Noble Land Investments, LLC    PO Box 15329     Oklahoma City, OK 73155
2012173    Opensky Cbnk               1900 Campus Commons Dr S    Reston, VA 20191
2012174    Robinson, Hoover & Fudge   PO BOX 1748          Oklahoma City, OK 73101−1748
2012175    Santander                  Po Box 961211        Fort Worth, TX 76161
2012176    Txu Energy                 200 W John Carpenter Fwy    Irving, TX 75039
2012177    Verizon Wireless           Po Box 650051        Dallas, TX 75265

                                                                            TOTAL: 9