UNITED STATES BANKRUPTCY COURT
Eastern District of Oklahoma
Case No.: 25−81046
Chapter: 13

**FILED**
Oct. 31, 2025
Bonnie N Hackler, Clerk
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF OKLA.

In re: Debtor(s) *(name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address)*:
  Jeremy Wade Cannefax
  14339 NS 3590
  Sasakwa, OK 74867

Social Security No.:
  xxx−xx−7847

Employer's Tax I.D. No.:

**ORDER**

ORDER AND NOTICE OF INCOMPLETE FILINGS. Pursuant to rules of Bankruptcy Procedure 1007, 2015 or 3015, the Debtor(s)/Debtor Attorney shall file the lists, schedules and statements required by 11 U.S.C. 521 within 14 days from the date of filing the petition. If a request for extension is not filed prior to the due date, the Court may enter an ORDER DISMISSING your case without further notice or hearing in accordance with 11 U.S.C. Section 521(i). IT IS ORDERED. Employee Income Payment Advices−Indv Due: 11/14/2025. Payment Advices Certification−Indv Local Form 1007−1−H Due: 11/14/2025. Incomplete Filings due by 11/14/2025. (Foshee, Amanda)

THE MOVING PARTY IS TO SERVE THIS ORDER ON PARTIES NOT RECEIVING ELECTRONIC NOTICE

BY THE COURT

Dated: October 31, 2025

*s/ Paul R Thomas*
UNITED STATES BANKRUPTCY JUDGE