# Notice Recipients

District/Off: 1086–7    User: admin    Date Created: 10/31/2025
Case: 25–81046    Form ID: AdmJudBK    Total: 2

**Recipients of Notice of Electronic Filing:**
ust    Office of the United States Trustee    USTPRegion20.TU.ECF@usdoj.gov
aty    Paul Choate    paul@chapter7ok.com

TOTAL: 2