FORM 1007-1(H)

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF OKLAHOMA

IN RE:

Jeremy Cannefax

Case No. 25-81046
Chapter 13

Debtor(s).

## PAYMENT ADVICES CERTIFICATION
*(NOTE: A separate form must be filed by **each** debtor in a joint case)*

Pursuant to 11 U.S.C. § 521(a)(1)(B)(iv), a debtor shall file copies of *all* payment advices or other evidence of payment (such as paycheck stubs, direct deposit statements, employer's statement of hours and earnings) received from the debtor's employer *within 60 days* before the date the debtor filed his/her bankruptcy case (the "petition date").*

I, Jeremy Cannefax _____ hereby state as follows:
(debtor's name)

*(select one)*

☒ I have attached hereto, or previously filed with the Court, copies of all payment advices or other evidence of payment received from my employer(s) within 60 days before the petition date.

☐ I received payment advices from an employer(s) during the 60 days before the petition date but have not yet located or obtained copies of all of the payment advices.

☐ I did not receive any payment advices or other evidence of payment from any employer at any point during the 60 days before the petition date. _____.

*(If you were employed, attach an explanation of why you did not receive any payment advices from your employer.)*

I declare under penalty of perjury that the foregoing statement is true and correct to the best of my knowledge, information and belief.

Date: 10-31-2025

*Jeremy Cannefax*
(Signature of Debtor)
Print name: Jeremy Cannefax

*\* In order to protect the debtor's privacy, all but the last four digits of the Debtor's social security number and financial account number should be redacted from any payment advice. References to dates of birth should contain only the year and names of any minors should be redacted or include only initials.*

# Bluechips Consulting

## Profit and Loss Report
## May 1 – October 31, 2025 (6 Months)

**Accrual Basis** (Revenue when invoiced; Expenses when incurred)

### 1. Revenue Summary (from invoices provided)

| Month | Revenue | # Invoices |
|---|---|---|
| May | $0.00 | 0 |
| Jun | $9,175.00 | 4 |
| Jul | $0.00 | 0 |
| Aug | $2,850.00 | 2 |
| Sep | $3,375.00 | 1 |
| Oct | $6,625.00 | 4 |
| Total | $22,025.00 | 11 |

### 2. Expense Summary (updated category: Food → Food/Medical)

| Category | May | Jun | Jul | Aug | Sep | Oct | 6-Mo Total |
|---|---|---|---|---|---|---|---|
| Business Expenses | $683.36 | $1,543.53 | $46.79 | $237.69 | $482.38 | $1,800.60 | **$4,794.35** |
| Travel Expenses | $504.52 | $733.34 | $166.51 | $39.79 | $227.93 | $229.30 | **$1,901.39** |
| Food/Medical | $1,554.34 | $674.43 | $265.94 | $173.67 | $437.98 | $600.78 | **$3,707.14** |
| **Monthly Total** | **$2,742.22** | **$2,951.30** | **$479.24** | **$451.15** | **$1,148.29** | **$2,630.68** | **$10,402.88** |

### 3. Consolidated 6-Month P&L

| Description | Amount |
|---|---|
| **Revenue** | $22,025.00 |
| **Cost of Goods Sold (COGS)** | $0.00 |

| | |
|---|---|
| **Gross Profit** | **$22,025.00** |
| • Gross Margin % | **100.0%** |
| **Operating Expenses** | |
| – Business Expenses | $4,794.35 |
| – Travel Expenses | $1,901.39 |
| – **Food/Medical** | $3,707.14 |
| **Total Operating Expenses** | **$10,402.88** |
| **Net Profit (Loss) Before Tax** | **$11,622.12** |
| • Net Profit Margin % | **52.8%** |

## 4. Monthly P&L Breakdown

| Month | Revenue | Total Expenses | Gross Profit | Net Profit | Net Margin |
|---|---|---|---|---|---|
| May | $0.00 | $2,742.22 | $0.00 | –$2,742.22 | — |
| Jun | $9,175.00 | $2,951.30 | $9,175.00 | **$6,223.70** | 67.8% |
| Jul | $0.00 | $479.24 | $0.00 | –$479.24 | — |
| Aug | $2,850.00 | $451.15 | $2,850.00 | **$2,398.85** | 84.2% |
| Sep | $3,375.00 | $1,148.29 | $3,375.00 | **$2,226.71** | 66.0% |
| Oct | $6,625.00 | $2,630.68 | $6,625.00 | **$3,994.32** | 60.3% |
| **Total** | **$22,025.00** | **$10,402.88** | **$22,025.00** | **$11,622.12** | **52.8%** |

## 5. Key Insights & Trends

| Metric | Value | Insight |
|---|---|---|
| **Average Monthly Revenue** | $3,670.83 | Strong in Jun/Oct; **zero in May/Jul** |
| **Average Monthly Expense** | $1,733.81 | **Food/Medical** = 36% of total |
| **Highest Expense Month** | Jun: $2,951.30 | Driven by Business + Food/Medical |

| | | |
|---|---|---|
| **Lowest Expense Month** | Aug: $451.15 | Tight control |
| **Expense-to-Revenue Ratio** | 47.2% | Healthy |
| **Breakeven Revenue Needed** | ~$1,734/mo | To cover avg. expenses |

## 6. Expense Category Breakdown (Pie %)

| Category | Amount | % of Total Expenses |
|---|---|---|
| Business Expenses | $4,794.35 | **46.1%** |
| **Food/Medical** | $3,707.14 | **35.6%** |
| Travel Expenses | $1,901.39 | **18.3** |