# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| JEREMY CANNEFAX | ) | Case No. 25-81046 |
| SSN:xxx-xx-7847 | ) | Chapter 13 |
| Debtor(s).) | | |

## MOTION TO DISMISS
(DELINQUENT)

**COMES NOW**, William Mark Bonney, the Standing Chapter Thirteen Trustee and informs the Court as follows:

1. The Debtor has failed to make their first plan payment to the Trustee.

2. The amount due to the Trustee under the proposed plan is $1,515.54 and the total amount paid to the Trustee is $0.

3. The Debtor's case should be dismissed pursuant to 11 U.S.C. § 1307(c)(6).

**WHEREFORE**, the Trustee requests that this case be dismissed.

    Respectfully submitted,

    /s/ William Mark Bonney
    William Mark Bonney, Trustee OBA #12221
    Office of the Standing Chapter 13 Trustee
    P.O. Box 1548
    Muskogee, OK 74402-1548
    Tele: (918) 683-3840
    trustee@13trustee.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

IN RE: )
   JEREMY CANNEFAX ) Case No. 25-81046
   SSN:xxx-xx-7847 ) Chapter 13
Debtor(s).)

## CERTIFICATE OF MAILING

I, William Mark Bonney, do hereby certify that on the 3rd day of December 2025, true and correct copies of the **Notice of Motion to Dismiss, Notice of Deadline to File Objection to Motion and Notice of Hearing if Objection is Filed and the Motion to Dismiss**, were mailed, with proper postage prepaid thereon, to the party or parties not receiving electronic notice and to the interested parties listed below:

JEREMY CANNEFAX
14339 NS 3590
SASAKWA, OK 74867

/s/ William Mark Bonney
William Mark Bonney, Trustee OBA #12221
Office of the Standing Chapter 13 Trustee
P.O. Box 1548
Muskogee, OK 74402-1548
Tele: (918)683-3840
trustee@13trustee.com