**Dated: December 19, 2025**

**The following is ORDERED:**



PAUL R. THOMAS
UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

IN RE: )
   JEREMY CANNEFAX ) Case No. 25-81046
   SSN:xxx-xx-7847 ) Chapter 13
Debtor(s).)

## ORDER OF DISMISSAL

On the date set forth above, the **Motion to Dismiss for delinquency constitutes a material default of Debtor's proposed Chapter 13 Plan,** filed by William M. Bonney, Standing Chapter 13 Trustee, came before this Court for consideration.

After review of the Motion, this Court finds that proper notice of the Motion was given by the Movant and that no objection or Response has been filed to the Motion within the time prescribed by this Court's Local Rules. As a result, we find that the Motion should be **granted**.

IT IS THEREFORE ORDERED that the referenced case be and the same is hereby **dismissed pursuant to 11 U.S.C. § 1307 (c), in that the Debtor's delinquency constitutes a material default of Debtors' proposed Chapter 13 Plan.**

IT IS FURTHER ORDERED that the Trustee file a Final Report and Account within ninety (90) days of entry of this Order or after all checks have cleared in accordance with the United States Trustee procedure.

**MOVANT TO NOTIFY INTERESTED PARTIES**
###