# Notice Recipients

**Recipients of Notice of Electronic Filing:**

ust          Office of the United States Trustee          USTPRegion20.TU.ECF@usdoj.gov

aty          Paul Choate          paul@chapter7ok.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db          Jeremy Wade Cannefax          14339 NS 3590          Sasakwa, OK 74867

TOTAL: 1