Form ntcdsm

UNITED STATES BANKRUPTCY COURT
Eastern District of Oklahoma
**Case No.: 25−81046**
**Chapter: 13**

**FILED**
Dec. 19, 2025
Bonnie N Hackler, Clerk
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF OKLA.

---

In re: Debtor(s) *(name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address)*:
   Jeremy Wade Cannefax
   14339 NS 3590
   Sasakwa, OK 74867

Social Security / Individual Taxpayer ID No.:
   xxx−xx−7847

Employer's Tax ID / Other nos.:

---

### NOTICE OF DISMISSAL

NOTICE IS GIVEN that an Order Dismissing the Case of the above named debtor(s) was entered by the Court on December 19, 2025. Any matters pending in the above−referenced bankruptcy case are moot.


Dated: December 19, 2025

**Bonnie N Hackler, Clerk**
**U.S. Bankruptcy Court**