# Notice Recipients

| | | | |
|---|---|---|---|
| District/Off: 1086–7 | User: admin | | Date Created: 12/19/2025 |
| Case: 25–81046 | Form ID: ntcdsm | | Total: 19 |

**Recipients of Notice of Electronic Filing:**

| | | | |
|---|---|---|---|
| ust | Office of the United States Trustee | USTPRegion20.TU.ECF@usdoj.gov |
| tr | William Mark Bonney | ecf@edok13.com |
| aty | Gary L. Giessmann | garyg@nashfirm.com |
| aty | Paul Choate | paul@chapter7ok.com |
| aty | William Mark Bonney | ecf@edok13.com |

TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| db | Jeremy Wade Cannefax | 14339 NS 3590 | Sasakwa, OK 74867 | | |
| cr | Noble Land Investments, LLC | 1300 N. Bryant Avenue | Moore, OK 73160 | | |
| 2012170 | Iq Data International | 21222 30th Dr Se Ste 210 | Bothell, WA 98021 | | |
| 2015891 | MERRICK BANK | Resurgent Capital Services | PO Box 10368 | Greenville, SC 29603–0368 |
| 2012171 | Merrick Bank Corp | Po Box 9201 | Old Bethpage, NY 11804 | | |
| 2012172 | Noble Land Investments, LLC | PO Box 15329 | Oklahoma City, OK 73155 | | |
| 2012173 | Opensky Cbnk | 1900 Campus Commons Dr S | Reston, VA 20191 | | |
| 2013434 | REVCO SOLUTIONS INC. | PO Box 58 | Fort Morgan, CO 80701 | | |
| 2012174 | Robinson, Hoover & Fudge | PO BOX 1748 | Oklahoma City, OK 73101–1748 | | |
| 2012175 | Santander | Po Box 961211 | Fort Worth, TX 76161 | | |
| 2015227 | Santander Consumer USA Inc. | P.O. Box 961245 | Fort Worth, TX 76161 | | |
| 2012928 | T Mobile/T–Mobile USA Inc by AIS Infosource, LP as agent | 4515 N Santa Fe Ave | Oklahoma City, OK 73118 | | |
| 2012176 | Txu Energy | 200 W John Carpenter Fwy | Irving, TX 75039 | | |
| 2012177 | Verizon Wireless | Po Box 650051 | Dallas, TX 75265 | | |

TOTAL: 14