United States Bankruptcy Court
Eastern District of Oklahoma

In re:  
Jeremy Wade Cannefax  
    Debtor

Case No. 25-81046-PRT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 1086-7     User: admin     Page 1 of 2  
Date Rcvd: Dec 23, 2025     Form ID: MinBK     Total Noticed: 14

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeremy Wade Cannefax, 14339 NS 3590, Sasakwa, OK 74867-6740 |
| cr | + | Noble Land Investments, LLC, 1300 N. Bryant Avenue, Moore, OK 73160-9402 |
| 2012170 | + | Iq Data International, 21222 30th Dr Se Ste 210, Bothell, WA 98021-7069 |
| 2012172 | + | Noble Land Investments, LLC, PO Box 15329, Oklahoma City, OK 73155-5329 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 2015891 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 23 2025 19:04:09 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 2012171 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 23 2025 19:04:13 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 2012173 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 23 2025 19:04:09 | Opensky Cbnk, 1900 Campus Commons Dr S, Reston, VA 20191-1561 |
| 2013434 | ^ | MEBN | Dec 23 2025 18:59:09 | REVCO SOLUTIONS INC., PO Box 58, Fort Morgan, CO 80701-0058 |
| 2012174 | ^ | MEBN | Dec 23 2025 18:59:08 | Robinson, Hoover & Fudge, PO BOX 1748, Oklahoma City, OK 73101-1748 |
| 2012175 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 23 2025 19:02:00 | Santander, Po Box 961211, Fort Worth, TX 76161-0211 |
| 2015227 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 23 2025 19:02:00 | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 2012928 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 23 2025 19:04:09 | T Mobile/T-Mobile USA Inc by AIS Infosource, LP as, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 2012176 | | Email/Text: legal_collections@vistracorp.com | Dec 23 2025 19:02:00 | Txu Energy, 200 W John Carpenter Fwy, Irving, TX 75039 |
| 2012177 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 23 2025 19:02:00 | Verizon Wireless, Po Box 650051, Dallas, TX 75265-0051 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2025　　　　　　　Signature:　　　/s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Gary L. Giessmann | on behalf of Creditor Noble Land Investments LLC garyg@nashfirm.com |
| Office of the United States Trustee | USTPRegion20.TU.ECF@usdoj.gov |
| Paul Choate | on behalf of Debtor Jeremy Wade Cannefax paul@chapter7ok.com kate@chapter7ok.com;Choate.PaulB140043@notify.bestcase.com;kristinr@chapter7ok.com;4161@notices.nextchapterbk.com |
| William Mark Bonney | on behalf of Trustee William Mark Bonney ecf@edok13.com MBECF@trustee13.com |
| William Mark Bonney | ecf@edok13.com MBECF@trustee13.com |

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
Eastern District of Oklahoma
**Case No.: 25−81046**
**Chapter: 13**

**FILED**
Dec. 23, 2025
Bonnie N Hackler, Clerk
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF OKLA.

---

In re: Debtor(s) *(name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address)*:

  Jeremy Wade Cannefax
  14339 NS 3590
  Sasakwa, OK 74867

Social Security No.:
  xxx−xx−7847

Employer's Tax I.D. No.:

---

Minute Entry: Due to the Order Dismissing Case entered by the Court on 12/19/2025, the Confirmation Hearing set 1/15/2026 at 10:00 a.m. is stricken (RE: related document(s)5 Chapter 13 Plan filed by Debtor Jeremy Wade Cannefax). (Corley, Cheryl)

Dated: December 23, 2025

**Bonnie N Hackler, Clerk**
**U.S. Bankruptcy Court**